PELZER, C., et al.

v.

DOC, et al.

309 CD 2017

Commonwealth Court of Pennsylvania.

10/16/2017

Greene County Civil Division, No. 155 A.D of 2014

Affirmed

DAMAN, h/w

v.

COMMONWEALTH

1009 FR 2013

Commonwealth Court of Pennsylvania.

10/16/2017

Board of Finance and Revenue, 1216523

Quashed

ARMSTRONG CO. MEMORIAL HOSPITAL

v.

DPW

438 MD 2012

Commonwealth Court of Pennsylvania.

10/16/2017

Original Jurisdiction

Dismissed

HARRISON, P.

v.

UCBR

1937 CD 2016

Commonwealth Court of Pennsylvania.

10/19/2017

Unemployment Compensation Board of Review, B–593263

Affirmed